BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant FENG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-11-70565 JSC |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER AMENDING CONDITIONS OF RELEASE |
| v. | ) | |
| EDWARD FENG, | ) | |
| Defendants. | ) | |

  Good cause appearing, and for the reasons stated on the record, the conditions of defendant Edward Feng's release are hereby amended as follows:

  (1) Mr. Feng does not need to report to Pretrial Services;

  All other conditions of the bond issued on May 24, 2011 remain in place.

  IT IS SO ORDERED.

DATED: _____                    _____
                                          JAQUELINE SCOTT CORLEY
                                          United States Magistrate Judge