STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant FENG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-0932 MAG |
| Plaintiff, | [PROPOSED] ORDER FOR RETURN OF PASSPORTS |
| v. | |
| EDWARD FENG, | |
| Defendant. | |

Having successfully completed pretrial diversion, the above-caption case against defendant Edward Feng has been dismissed. Accordingly, the Court hereby ORDERS the Pretrial Services Office to return Mr. Feng the passports that he surrendered.

IT IS SO ORDERED.

March 14, 2013
DATED

NATHANAEL COUSINS
United States Magistrate Judge

1